Friends of Andrew Furuseth Legislative Association, as *amicus curiae,* supporting petitioner.

No. 338, Misc. GANN *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for respondent.

No. 380, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 482, Misc. ADAMS *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 485, Misc. CONE *v.* WEST VIRGINIA PULP & PAPER Co. C. A. 4th Cir. Certiorari denied. *H. Wayne Unger* and *W. J. McLeod, Jr.* for petitioner.

No. 563, Misc. KEYE *v.* ROBINSON, WARDEN. Supreme Court of Illinois. Certiorari denied.

*Rehearing Denied.*

No. 135. UNITED STATES *v.* JONES, RECEIVER; and

No. 198. JONES, RECEIVER, *v.* UNITED STATES, 336 U. S. 641. Rehearing denied. MR. JUSTICE REED and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 162. EXCEL AUTO RADIATOR Co. *v.* BISHOP & BABCOCK MANUFACTURING Co., 335 U. S. 823. Motion for leave to file second petition for rehearing denied.